**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
jacob.heric@usdoj.gov

*main: (973) 645-2700*
*direct: (973) 645-2709*

August 14, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Tapia v. Soto, et al.*, Civ. No. 26-10242 (CCC)**
**Confirmation of Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. We write pursuant to the Court's August 13, 2026, Order, ECF No. 2, to confirm that U.S. Immigration and Customs Enforcement (ICE) has informed this Office that Petitioner was released from ICE custody on August 13, 2026, at approximately 2:39 p.m. Therefore, we respectfully request that the Court close this case.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Jacob E. Heric*
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office is directed to close this case.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/18/2026